UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TORANDO FAIRLEE,

       Plaintiff,

    v.                              Case No. 08-cv-29-JPG

ROGER E. WALKER, JR., LEE RYKER,
NEIL EARNEST, SMITH,

       Defendants.

## JUDGMENT

      This matter having come before the Court and the issues having been heard, and a

decision having been rendered,

      IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without
prejudice.

                                  **JUSTINE FLANAGAN, Acting Clerk**

**DATED: August 17, 2009**          **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**     **s/ J. Phil Gilbert**
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**